IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **CARMEN HOLGUIN,**<br>     **Plaintiff,** | §<br>§<br>§ |
| **v.** | §    EP-24-CV-00412-DB<br>§ |
| **FRANK BISIGNANO,** *Commissioner of*<br>*the Social Security Administration,*<br>     **Defendant.** | §<br>§<br>§<br>§ |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the Court considered United States Magistrate Judge Miguel A. Torres' ("Judge Torres") "Report & Recommendation" ("R&R"), ECF No. 18, filed on December 12, 2025. Therein, Judge Torres recommends that the Court affirm the Commissioner of the Social Security Administration's decision in Plaintiff Carmen Holguin's case regarding social security benefits. *Id.* at 1. No party filed any objections to this R&R within fourteen days to ensure this Court's *de novo* review of Judge Torres' order. Therefore, this Court reviews Judge Torres' R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). After due consideration of the arguments and pleadings, and because this Court finds no clear error, the R&R is adopted in full.

Accordingly, **IT IS HEREBY ORDERED** that the United States Magistrate Miguel A. Torres' "Report and Recommendation," ECF No. 18, is **ADOPTED.**

      **IT IS FURTHER ORDERED** that the decision of Defendant Frank Bisignano, Commissioner of the Social Security Administration, is **AFFIRMED**.

      **SIGNED** this **12th** day of **January 2026**.

      _____
      **THE HONORABLE DAVID BRIONES**
      **SENIOR UNITED STATES DISTRICT JUDGE**